## CITY OF PARKER v. TURNER COUNTY.

(Opinion filed, July 19, 1910.)

Appeal from Circuit Court, Turner County. Hon. E. G. SMITH, Judge.

Action by the City of Parker against Turner County. Judgment for plaintiff, and defendant appeals. Judgment modified.

*L. L. Fleeger,* for appellant. *Jones & Jones,* for respondent.

PER CURIAM. The issues in this action are the same as those in City of Centerville v. Turner County, 23 S. D. 424, 122 N. W. 350, 25 S. D. 300, 126 N. W. 605. The judgment herein is modified, with directions to proceed as indicated therein.

HANEY, J., dissenting. SMITH, J., taking no part in the decision.